POLK COUNTY v. GURNEY P. HOOD, COMMISSIONER.

(Filed 15 March, 1933.)

APPEAL by defendant from *Schenck, J.,* at April Term, 1932, of POLK.

Civil action to establish preference or priority of plaintiff's claim for $847.84 against funds in hands of liquidating agent of First Bank and Trust Company of Tryon, said amount having been deposited for a specific purpose and held by the bank, without application to designated purpose, when it became insolvent, 21 November, 1930.

From a judgment for plaintiff, the defendants appeal.

*M. R. McCown for plaintiff.*
*J. S. Massenburg for defendant.*

PER CURIAM. Affirmed on authority of *Parker v. Trust Co.,* 202 N. C., 230, 162 S. E., 564, and *Flack v. Hood, Comr., ante,* 337.

Affirmed.